JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, NV 89193
(702) 737-6111

RECEIVED AND FILED
JUL 11 12 22 PM '11

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

In re:
RYAN LABRADOR
NGHIA LABRADOR

CASE NO.: BK-S-09-13670 MKN
Chapter 7 -- Liquidation

Address:
5704 VICTORIA REGINA AVE
LAS VEGAS, NV 89139

Hearing Date: N/A
Hearing Time: N/A

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 1 | WELLS FARGO BANK, N.A.<br>C/O WELLS FARGO CARD SERVICES, RECOVERY DEPARTMENT, P.O. BOX 9210<br>DES MOINES, IA 50306 | 1,680.66 |
| 2 | WELLS FARGO BANK, N.A.<br>C/O WELLS FARGO CARD SERVICES, RECOVERY DEPARTMENT, P.O. BOX 9210<br>DES MOINES, IA 50306 | 3,318.01 |
| | TOTAL: $ | 4,998.67 |

Dated: 7/8/11

James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

202816 - $4,998.67